No. 94–7916.  LUZANILLA v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 94–7924.  POWERS v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 94–7927.  DOUGLAS v. WEYERHAEUSER CO.  C. A. 3d Cir.  Certiorari denied.

No. 94–7931.  SANDERS v. REVELL, COMMISSIONER, FLORIDA PAROLE COMMISSION, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–7936.  HUKAREVIC v. COUNTY OF MENOMINEE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–7937.  ENGLEFIELD v. GEORGE.  Super. Ct. Ga., DeKalb County.  Certiorari denied.

No. 94–7938.  GILMORE v. NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 94–7942.  GALLOWAY v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 94–7943.  HATFIELD v. REES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 94–7945.  BOUSER v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 94–7950.  VE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–7951.  ZAVALA v. INDUSTRIAL COMMISSION OF ILLINOIS ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 94–7953.  GRIGSBY v. ANESTHESIOLOGISTS OF SOUTHWESTERN OHIO, INC., ET AL.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 94–7956.  LAVOLD v. CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.